# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HERNAN JIMENEZ NUNEZ,<br><br>　　　　　　　Defendant. | Case No. 16CR2333-BEN<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

**FILED OCT 11 2017**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 10/11/2017

Hon. Mitchell D. Dembin
United States Magistrate Judge